# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Melgren, Eric F. | U.S. District Court, D. Kansas | 07/29/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Hon. Eric F. Melgren
United States Courthouse #414
401 N. Market
Wichita, Kansas 67202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Chairman | Advisory Board, Cohen Honors College, Wichita State University |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melgren, Eric F. | 07/29/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York University / Columbia Univesity | 2/22/18 - 2/25/18 | Long Island, New York | International Human Rights seminar | Transportation, Lodging, Food |
| 2. | George Mason University Law & Economics Center | 1/25/18 - 1/28/18 | Key Largo, Florida | Economic Case Analysis Seminar | Transportation, Lodging, Food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Department of Education | Student Loan (for son) | L |
| 2. | Rose Hill Bank | HELOC Guaranty | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melgren, Eric F. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America IRA (cash eqv) | A | Interest | J | T | | | | | |
| 2. Axa Equitable Variable Life Insurance EQ Money Market | | None | J | T | | | | | |
| 3. Elara interval vacation property, Las Vegas, NV | | None | L | W | | | | | |
| 4. Breakers of Ft. Lauderdale, FL interval vacation property | | None | J | W | | | | | |
| 5. SEI Government Fund (SEOXX) | A | Interest | J | T | Sold (part) | 7/19/18 | J | | |
| 6. | | | | | Buy (add'l) | 07/20/18 | J | | |
| 7. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 8. | | | | | Sold (part) | 10/17/18 | J | | |
| 9. SEI Vanguard FTSE Developed Markets ETF | B | Dividend | | | Sold (part) | 05/03/18 | J | | |
| 10. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 11. | | | | | Sold | 08/23/18 | L | | |
| 12. SEI ishares Currency Hedged MSCI Eurozone | A | Dividend | | | Sold | 04/04/18 | J | | |
| 13. SEI SPDR Barclays High Yield Bond | A | Interest | | | Sold (part) | 02/09/18 | J | | |
| 14. | | | | | Sold | 08/23/18 | J | | |
| 15. SEI SPDR S&P 500 ETF trust | A | Int./Div. | | | Sold (part) | 03/12/18 | J | | |
| 16. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 17. | | | | | Sold (part) | 05/14/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melgren, Eric F. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 06/13/18 | J | | |
| 19. | | | | | Sold | 07/10/18 | L | | |
| 20. SEI Vanguard Total Bond Market ETF | A | Interest | | | Buy (add'l) | 01/04/18 | J | | |
| 21. | | | | | Sold (part) | 06/28/18 | J | | |
| 22. | | | | | Sold | 08/23/18 | K | | |
| 23. SEI Schwab US Small Cap ETF | A | Int./Div. | | | Sold | 08/23/18 | K | | |
| 24. SEI Wisdom Tree Japan Hedged Equity Fund | A | Int./Div. | | | Sold | 08/20/18 | J | | |
| 25. SEI iShares JP Morgan USD Emerging Markets Bond | A | Int./Div. | | | Sold | 08/23/18 | J | | |
| 26. SEI VanEck Vectors JP Morgan EM Local Currency Bond | A | Int./Div. | | | Buy (add'l) | 02/09/18 | J | | |
| 27. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 28. | | | | | Sold | 08/23/18 | K | | |
| 29. SEI Vanguard Emerging MSCI Markets ETF | A | Int./Div. | | | Sold | 08/23/18 | K | | |
| 30. SEI iShares S&P 500 Value ETF | A | Int./Div. | | | Sold | 08/23/18 | J | | |
| 31. SEI SPDR S&P Aerospace & Defense ETF | A | Int./Div. | | | Sold | 08/23/18 | J | | |
| 32. SEI Oppenheimer Global Opportunities | B | Distribution | K | T | Buy (add'l) | 08/24/18 | J | | |
| 33. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 34. SEI Schwab US Large Cap ETF | A | Int./Div. | | | Buy | 07/10/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melgren, Eric F. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 08/13/18 | J | | |
| 36. | | | | | Buy (add'l) | 08/20/18 | J | | |
| 37. | | | | | Sold | 08/23/18 | L | | |
| 38. SEI American AMCAP Fund | B | Int./Div. | K | T | Buy | 08/24/18 | K | | |
| 39. SEI American EuroPacific Growth Fund | A | Int./Div. | K | T | Buy | 08/24/18 | K | | |
| 40. SEI Fidelity Advisor International Capital Appreciation Fund | A | Int./Div. | K | T | Buy | 08/24/18 | K | | |
| 41. SEI The Growth Fund of America | B | Int./Div. | K | T | Buy | 08/24/18 | K | | |
| 42. SEI iShares Core S&P Small Cap EFT | A | Int./Div. | K | T | Buy | 08/23/18 | J | | |
| 43. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 44. SEI Oppenheimer Emerging Markets Innovators Fund | A | Int./Div. | | | Buy | 08/24/18 | J | | |
| 45. | | | | | Sold | 10/15/18 | J | | |
| 46. SEI Oppenheimer Rochester High Yield Municipal Fund | A | Dividend | K | T | Buy | 08/24/18 | K | | |
| 47. SEI Oppenheimer Russell 1000 Momentum Factor ETV | A | Int./Div. | K | T | Buy | 08/23/18 | K | | |
| 48. SEI Oppenheimer Senior Floating Rate Fund | A | Int./Div. | K | T | Buy | 08/24/18 | K | | |
| 49. | | | | | Sold (part) | 10/15/18 | J | | |
| 50. SEI Vanguard Mid-Cap Index Fund | A | Dividend | K | T | Buy | 08/24/18 | K | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melgren, Eric F. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melgren, Eric F. | 07/29/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Eric F. Melgren**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544